# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2016

## NO. 03-12-00631-CV

**Carolyn Barnes, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
DISMISSED AS MOOT -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on August 28, 2012. Having reviewed the record, and the arguments of counsel, the Court agrees that the appeal is moot and therefore dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.